IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                 Plaintiff,

     v.

DONTA THOMAS,

                 Defendant.

ORDER

09-cr-9-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Donta Thomas has filed a letter with the court which I construe as a motion for early termination of his eight-year term of supervised release, which began on October 25, 2019. In his motion, he states that while on supervised release he has maintained a stable residence with his wife of 13 years and their minor son in Janesville, Wisconsin, and that he has maintained stable employment since March 2021.

Defendant's supervising probation officer reports that defendant was involved in a a domestic incident that occurred in August 2020. No formal criminal charges were filed and, since then he and his wife have attended marriage counseling sessions and their relationship has improved. While he was on supervised release, defendant has maintained sobriety except for one instance where he admitted to marijuana use on July 4, 2021, and subsequently had four positive drug tests for marijuana between July and August 2021. Since then, all of his drug tests have been negative.

1

I commend the defendant on the positive strides he has made while on supervised release. However, his recent violation occurred within the past year, which is a matter of concern and the reason that I am unwilling to grant defendant's request for early termination at this time. Once defendant has demonstrated compliance for a full year, that is, until the fall of 2022, I would give careful consideration to a second motion for early termination of his supervised release.

ORDER

Defendant Donta Thomas's motion for early termination of his supervised release is DENIED.

Entered this 6th day of April, 2022.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge